**Electronically Filed**
**Supreme Court**
**SCWC-12-0000890**
**13-JAN-2016**
**08:09 AM**

SCWC-12-0000890

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

MARK CHAR,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000890; CR. NO. 03-1-2555)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of

Certiorari, filed on December 3, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 13, 2016.

Shawn A. Luiz                          /s/ Mark E. Recktenwald
for petitioner

                                       /s/ Paula A. Nakayama

                                       /s/ Sabrina S. McKenna

                                       /s/ Richard W. Pollack

                                       /s/ Michael D. Wilson